UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No.: | CV 17-06041-AB (KSx) | Date: | August 28, 2017 |

Title: Showtime Networks Inc. v. John Doe 1 et al

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

Dennis L Wilson    None Appearing

**Proceedings:**  ORDER TO SHOW CAUSE WHY A PERMANENT INJUNCTION SHOULD NOT ISSUE

Court and counsel confer.

Plaintiff moves to dismiss this action without prejudice. For the reasons stated on the record, the Court GRANTS the motion.

IT IS SO ORDERED.